# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> UNIWELL FRESNO HOTEL, LLC, <br><br> Defendant. | Case No. 1:19-cv-01193-AWI-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE <br><br> TEN DAY DEADLINE |

Peter Strojnik, Sr. ("Plaintiff"), proceeding *pro se*, filed this action against Uniwell Fresno Hotel, LLC alleging violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq. (ECF No. 1.) On September 3, 2019, a scheduling order issued setting the mandatory scheduling conference for November 14, 2019. As of this date, Plaintiff has not filed proof of service of the summons and complaint. See ECF No. 3 at 2.

Accordingly, IT IS HEREBY ORDERED that, within ten days of the date of entry of this order, Plaintiff shall file notice of the status of service on the defendant in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **October 21, 2019**

UNITED STATES MAGISTRATE JUDGE

1