# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> UNIWELL FRESNO HOTEL, LLC, <br><br> Defendant. | Case No. 1:19-cv-01193-AWI-SAB <br><br> ORDER CONTINUING MANDATORY SCHDULING CONFERENCE <br><br> (ECF No. 6) |

Peter Strojnik, Sr., proceeding *pro se*, filed this action pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. In response to a court order, Plaintiff filed a notice regarding the status of service in this action. Plaintiff's notice indicates that the defendant was served on October 23, 2019. To allow time for an answer to be filed and for the parties to comply with the requirements of Rule 16, the Court shall continue the mandatory scheduling conference in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference is CONTINUED from November 14, 2019, to **January 14, 2020, at 9:00 a.m.** in courtroom 9; and

2. The parties shall file a joint scheduling report one week prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**October 31, 2019**__

UNITED STATES MAGISTRATE JUDGE

1