# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> UNIWELL FRESNO HOTEL, LLC, <br><br> Defendant. | Case No. 1:19-cv-01193-AWI-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS <br><br> (ECF No. 16) <br><br> THIRTY DAY DEADLINE |

Peter Strojnik, Sr., proceeding *pro se*, filed this action pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq. On December 16, 2019, a notice of settlement was filed in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __December 16, 2019__

UNITED STATES MAGISTRATE JUDGE

1